Daniel S. Mount, Esq. (Cal. Bar No. 077517)
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Kevin M. Pasquinelli, Esq. (Cal. Bar. No 246985)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Fax: (408) 998-1473
E-mail:  dmount@mount.com
         kspelman@mount.com
         kpasquinelli@mount.com

Attorneys for Plaintiffs,
Jen Raynes and Jen Raynes Studio


J. Scott Gerien (Cal. Bar No. 184728)
John N. Heffner, (Cal. Bar No. 221557)
Megan Ferrigan Healy (Cal Bar No. 229177)
DICKENSON, PEATMAN & FOGARTY
809 Coombs Street
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876


Attorneys for Defendants,
GHOST HORSE VINEYARDS, LLC,
TODD G. ANDERSON, RONENE E. ANDERSON,
and ANDERSON'S CONN VALLEY WINERY, INC.,

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEN RAYNES, an individual, and JEN RAYNES STUDIO, a California sole proprietorship,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>GHOST HORSE VINEYARDS, LLC d/b/a GHOST HORSE VINEYARDS, a California Limited Liability Company, TODD G. ANDERSON, an individual, RONENE E. ANDERSON, an individual, ANDERSON'S CONN VALLEY WINERY, INC., a California Corporation, ,<br><br>　　　　　　Defendants. | **Civil Case No.:**  3:09-CV-03929 JF<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>**Judge: Hon. Judge Jeremy Fogel**<br><br>**CMC Date: 4/9/2010.**<br>**Time: 10:30 A.M.**<br><br>**Trial Date: None set.**<br>**Court Room: 3** |

# STIPULATION

Plaintiffs JEN RAYNES ("Raynes") and JEN RAYNES STUDIO ("Studio") (collectively or "Plaintiffs") and Defendants GHOST HORSE VINEYARDS, LLC d/b/a GHOST HORSE VINEYARDS, a California Limited Liability Company, TODD G. ANDERSON, an individual, RONENE E. ANDERSON, an individual, ANDERSON'S CONN VALLEY WINERY, INC., a California Corporation (collectively "Defendants") (jointly "the Parties") hereby submit the following *Stipulation and Proposed Order*.

WHEREAS on 11/13/2009 the Parties submitted a *Stipulation and Proposed Order* selecting Mediation under ADR L.R. 6.

WHEREAS on 11/162009 this Court signed that filing (filing that order on 11/17/2009) , ordering the parties to mediate within ninety (90) days.

WHEREAS ninety (90) days from 11/17/2009 is 2/15/2010.

WHEREAS the Parties have entered into good faith discussions regarding limited discovery in preparation for mediation.

WHEREAS the parties, and the ADR appointed mediator, have agreed to conduct mediation on 3/16/2010.

WHEREAS the next case management conference is scheduled for 4/9/2010.

The Parties request that the Court ordered deadline to conduct mediation be extended to March 31, 2010.

Dated: February 17, 2010            /s/ Kevin M. Pasquinelli____
                                    MOUNT & STOELKER, P.C.
                                    Attorneys for Plaintiffs Jen Raynes and Jen Raynes Studio


Dated: February 17, 2010            /s/  J. Scott Gerien_____
                                    Dickenson, Peatman & Fogarty
                                    Attorneys for Defendants

Stipulation and [Proposed] Order                              3:09-CV-03929 JF        2

|   |   |   |
|---|---|---|
| 1 |   | GHOST HORSE VINEYARDS, LLC d/b/a GHOST HORSE VINEYARDS, TODD G. ANDERSON, RONENE E. ANDERSON, and ANDERSON'S CONN VALLEY WINERY, INC. |
| 2 |   |   |
| 3 |   |   |

As the attorney electronically filing I attest that each signatory has concurred in this filing.

Date: February 17, 2010          Mount & Stoelker, P.C.,

　　　　　　　　　　　　　　　　　　　/s/ Kevin Pasquinelli
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　Jen Raynes and Jen Raynes Studio

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above the deadline to conduct court ordered ADR mediation is extended to March 31, 2010.

IT IS SO ORDERED.

Dated: 2/22/10          _____
　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE